# MEMO ENDORSED

**CHADBOURNE & PARKE LLP**

1200 New Hampshire Avenue NW, Washington, DC 20036
tel (202) 974-5600  fax (202) 974-5602

Michael Bhargava
direct tel 202-974-5629
mbhargava@chadbourne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/7/2014

13-CV-05032(ER)(KNF)
Restis et al v. American Coalition Against Nuclear Iran, et al

July 3, 2014

VIA FACSIMILE TO (212) 805-7943

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 7/7/14
New York, New York 10007

Dear Judge Ramos:

Plaintiffs in the above-captioned case respectfully request that the status conference currently scheduled for July 8, 2014 at 12:45 p.m. be postponed. Counsel for Plaintiffs cannot be in attendance at that time because of international travel. The parties have been conferring regarding dates that counsel are mutually available for a conference, and we will update the court as soon as those potential dates are determined. This is Plaintiffs' first request for adjournment of this status conference, and counsel for Defendants have consented to this adjournment.

Respectfully,

/s/ Michael Bhargava

Michael Bhargava

cc: Lee Wolosky, Esq.
    Brian Stack, Esq.
    Michael Byars, Esq.

New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Istanbul  Dubai  Beijing