UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :

VICTOR RESTIS, *et al.*,
                                           :

                    Plaintiffs,              13 Civ. 5032 (ER) (KNF)
                                         :

         v.
                                           :

AMERICAN COALITION AGAINST        **NOTICE OF MOTION**
NUCLEAR IRAN, INC., *et al.*,
                                           :

                  Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the classified submissions lodged pursuant to the Notice of Lodging of Classified Submissions for *Ex Parte*, *In Camera* Review filed herewith, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby (i) moves to intervene in this action; (ii) asserts the state secrets privilege in this action, and (iii) also moves to dismiss the complaint.

Date:    September 12, 2014
           New York, New York

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                          By:    *s/ Michael J. Byars*
                                        MICHAEL J. BYARS
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York  10007
                                        Telephone:  (212) 637-2793
                                        Facsimile:  (212) 637-2717
                                        E-mail:  michael.byars@usdoj.gov