UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
VICTOR RESTIS and ENTERPRISES SHIPPING AND :
TRADING S.A., :
 :
                            Plaintiffs, :
 :
                  v. :
 :
AMERICAN COALITION AGAINST NUCLEAR IRAN, :
INC. a/k/a UNITED AGAINST NUCLEAR IRAN, :
MARK D. WALLACE, DAVID IBSEN, NATHAN :
CARLETON, DANIEL ROTH, MARTIN HOUSE, :
MATAN SHAMIR, MOLLY LUKASH, LARA PHAM, :
and DOES 1-10, :
 :
                         Defendants. :
-------------------------------------------------------------------------:
 :
UNITED STATES OF AMERICA, :
 :
                        Intervenor. :
-------------------------------------------------------------------------x

**OPINION AND ORDER**

13 Civ. 5032 (ER)

Ramos, D.J.:

    On September 12, 2014, the United States of America filed a motion to intervene in the instant action, asserting an interest pursuant to the state secrets privilege, and seeking leave to move to dismiss the complaint. Doc. 257.

    At a conference held on October 8, 2014, counsel for Plaintiffs and Defendants indicated that they did not object to the government's motion to intervene. Accordingly, upon consent of

the parties, and the Court finding good reason therefore, the government's motion to intervene is GRANTED. The caption of this matter will be amended accordingly.

It is SO ORDERED.

Dated:   October 9, 2014
         New York, New York

                                                          _____
                                                          Edgardo Ramos, U.S.D.J.