UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
VICTOR RESTIS and ENTERPRISES SHIPPING AND  :
TRADING S.A.,                               :
                                            :        **OPINION AND ORDER**
                    Plaintiffs,             :
                                            :        13 Civ. 5032 (ER)
        v.                                  :
                                            :
AMERICAN COALITION AGAINST NUCLEAR IRAN,    :
INC. a/k/a UNITED AGAINST NUCLEAR IRAN,     :
MARK D. WALLACE, DAVID IBSEN, NATHAN        :
CARLETON, DANIEL ROTH, MARTIN HOUSE,        :
MATAN SHAMIR, MOLLY LUKASH, LARA PHAM,      :
and DOES 1-10,                              :
                                            :
                    Defendants.             :
-------------------------------------------------------------------------
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                    Intervenor.             :
------------------------------------------------------------------------x

Ramos, D.J.:

  On October 8, 2014, the Court held a pre-motion conference in connection with Plaintiffs' request for leave to file a motion for disclosure of information relating to the assertion of the state secrets privilege by Intervenor the United States of America. At the conference, the Court granted Plaintiffs leave to file the motion and also directed the parties to brief whether (1) Plaintiffs' counsel should, subject to required clearance(s), be allowed access to the relevant classified materials, and (2) the Court can grant Plaintiffs injunctive relief in the event it determines that the state secrets privilege applies.

Plaintiffs are directed to file their motion, not to exceed 25 pages, by **Wednesday, October 29, 2014**. Intervenor the United States of America and Defendants are directed to file their respective opposition briefs, not to exceed 25 pages, by **Wednesday, November 12, 2014**. Plaintiffs' reply brief, not to exceed 10 pages, is due **Wednesday, November 26, 2014**.

It is SO ORDERED.

Dated:   October 9, 2014
         New York, New York

                                                    Edgardo Ramos, U.S.D.J.