

MEMO ENDORSED

NATIONAL SECURITY PROJECT

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/10/2014

October 7, 2014

**BY FACSIMILE**

Honorable Edgardo Ramos
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Restis v. Am. Coal. Against Nuclear Iran*, No. 13-cv-5032(ER)(KNF)

A pre-motion conference will be held on Tuesday, October 21, 2014 at 11:00 a.m. Plaintiffs, Defendants, and Intervenor the United States of America are directed to appear at the conference, and are respectively directed to respond by letter, not longer than three pages, by Friday, October 17, 2014.

The application is ✓ granted.
___ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: 10/10/14
New York, New York 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

Dear Judge Ramos:

I write on behalf of proposed *amici* the American Civil Liberties Union Foundation, the Brennan Center for Justice, the Center for Constitutional Rights, the Constitution Project, the Electronic Frontier Foundation, and the Sunlight Foundation. Proposed *amici* are civil rights and civil liberties organizations with a direct interest in and experience with determinations concerning the proper application of the state secrets privilege. They request a pre-motion conference to discuss their motion for leave to file an *amicus curiae* brief in support of Plaintiff once the Court sets a briefing schedule for Plaintiff's motion during the scheduled October 8 conference.

Specifically, the proposed brief will address the scope and nature of the state secrets privilege, the procedures that must accompany any proper assertion of the privilege, and the public interest at stake when the Government seeks to invoke the privilege. Proposed *amici* have decades of experience in litigating landmark cases involving the assertion of the state secrets privilege, including *Mohamed v. Jeppesen Dataplan, Inc.*, 614 F.3d 1070, 1073 (9th Cir. 2010) (en banc); *Arar v. Ashcroft*, 585 F.3d 559 (2d Cir. 2009) (en banc); *ACLU v. NSA*, 493 F.3d 644 (6th Cir. 2007); *El-Masri v. United States*, 479 F.3d 296, 299 (4th Cir. 2007); *ACLU v. Brown*, 619 F.2d 1170, 1173 (7th Cir. 1980) (en banc); *Jewel v. NSA*, 965 F. Supp. 2d 1090

(N.D. Cal. 2013); and *Hepting v. AT&T Corp.*, 439 F. Supp. 2d 974 (N.D. Cal. 2006).

Respectfully submitted,

*Dror Ladin*

Dror Ladin
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
dladin@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Cc by email:
Abbe David Lowell (adlowell@chadbourne.com)
Benjamin David Bleiberg (bbleiberg@chadbourne.com)
Jeremy Solomon Siegel (jsiegel@chadbourne.com)
Michael Bhargava (mbhargava@chadbourne.com)
Serine Rami Consolino (sconsolino@chadbourne.com)
Lee Scott Wolosky (lwolosky@bsfllp.com)
Amy Lynn Neuhardt (aneuhardt@bsfllp.com)
Brian Joseph Stack (bstack@stackfernandez.com )
Douglass A. Mitchell (dmitchell@bsfllp.com)
Jonathan B. Rubenstein (jonathan.rubenstein@bakerbotts.com)
Lisa Jane Hart (lisa.hart@bakerbotts.com)
Richard Benjamin Harper (richard.harper@bakerbotts.com)
Michael J. Byars (michael.byars@usdoj.gov)
David Stuart Jones (david.jones6@usdoj.gov)