# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

VICTOR RESTIS and ENTERPRISES SHIPPING AND TRADING, S.A.,

Plaintiffs,

Against

No. 13-cv-5032 (ER) (KNF)

AMERICAN COALITION AGAINST NUCLEAR IRAN, INC., a/k/a UNITED AGAINST NUCLEAR IRAN, MARK D. WALLACE, DAVID IBSEN, NATHAN CARLETON, DANIEL ROTH, MARTIN HOUSE, MOLLY LUKASH, LARA PHAM, and DOES 1-10,

Defendants.

UNITED STATES OF AMERICA,

Intervenor.

## DEFENDANTS' SUPPLEMENT TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE UNITED STATES AND DEFENDANTS TO PROVIDE ADDITIONAL INFORMATION RELATING TO THE ASSERTION OF THE STATE SECRETS PRIVILEGE AND OPPOSING DISMISSAL OF THE CASE

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022

5301 Wisconsin Avenue, NW
Washington, District of Columbia 20015

300 South Fourth St.
Suite 800
Las Vegas, Nevada 89101

STACK FERNANDEZ ANDERSON & HARRIS, P.A.
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131-4940

*Attorneys for Defendants, American Coalition Against Nuclear Iran, Inc. a/k/a United Against Nuclear Iran, Mark D. Wallace, David Ibsen, Nathan Carleton, Daniel Roth, Martin House, Molly Lukash, and Lara Pham*

<u>**SUPPLEMENT**</u>

Defendants, American Coalition Against Nuclear Iran, Inc. a/k/a United Against Nuclear Iran ("UANI"), Ambassador Mark D. Wallace, et al. (collectively, "Defendants"), submit this Supplement to their Memorandum of Law in Opposition to Plaintiffs' Motion to Compel the United States and Defendants to Provide Additional Information Relating to the Assertion of the State Secrets Privilege and Opposing Dismissal of the Case filed November 19, 2014 [ECF No. 299] ("UANI's Opposition Memorandum"). Defendants' Supplement is based on new evidence made available after the filing of UANI's Opposition Memorandum.

In the Second Amended Complaint, Plaintiffs claim they suffered in excess of $3 billion in damages as a result of the Defendants' allegedly defamatory statements. Plaintiffs have now admitted to a Greek court that they suffered no reputational and no economic damage as a result of Defendants' allegedly defamatory statements and that their business has, in fact, been thriving even after Defendants made their statements. Attached hereto as Exhibit 1 is a memorandum of law that Victor Restis filed in a civil lawsuit pending in Athens, Greece, together with a certified translation of the salient portion.[1]

Paragraph 7 of the memorandum filed on behalf of Victor Restis reads in pertinent part:

I personally was not affected by this defamatory "history", since the specific organization [UANI] is fully discredited, which is also obvious from the fact that the very large oil companies continue to trust our name and companies, as new transport contracts are being created, in this so very sensitive sector.

Restis' admission that Plaintiffs suffered neither reputational nor economic damage as a result of the Defendants' allegedly defamatory statements confirms that Plaintiffs cannot be entitled to injunctive relief, which requires a finding of "the absence of an adequate remedy at

---

[1] Defendants first learned about this memorandum of law on November 21, 2014. Exhibit 1 contains a translation of the first page, Paragraph 7 on pages 80-81, and the last page of the original Greek document.

1

law and irreparable harm if the relief is not granted." *Roach v. Morse*, 440 F.3d 53, 56 (2d Cir. 2006). It goes without saying that without actual injury, Plaintiffs cannot be entitled to injunctive relief.

## CONCLUSION

For the foregoing reasons, the Court should deny Plaintiffs' Motion to Compel the United States and Defendants to Provide Additional Information Relating to the Assertion of the State Secrets Privilege and Opposing Dismissal of the Case [ECF No. 291-93].


Dated: November 26, 2014                        Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP
By:_____/s/Lee S. Wolosky_____
Lee S. Wolosky
575 Lexington Ave.
New York, NY 10022
Tel: (212) 446-2300
Email: lwolosky@bsfllp.com

Amy L. Neuhardt
5301 Wisconsin Ave, N.W.
Washington, D.C. 20015
Tel: (202) 237-2727
Email: aneuhardt@bsfllp.com

Douglass A. Mitchell
300 South Fourth St.
Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Email: dmitchell@bsfllp.com

STACK FERNANDEZ ANDERSON & HARRIS, P.A.
Brian J. Stack, Esq.
E-mail:  bstack@stackfernandez.com
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2650
Miami, Florida  33131-4940

Tel. 305-371-0001
Fax. 305-371-0002

*Attorneys for Defendants American Coalition Against Nuclear Iran, Inc. a/k/a United Against Nuclear Iran, Mark D. Wallace, David Ibsen, Nathan Carleton, Daniel Roth, Martin House, Molly Lukash, and Lara Pham*